UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA BANK TRUST COMPANY, NATIONAL ASSOCIATION,<br>Plaintiff,<br>v.<br>GREGORY MANDANIS, et al.,<br>Defendants. | Case No. 4:26-cv-12853-KAW<br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *U.S. Bank Trust Company, National Association v. Hoskins, et al.*, 26-cv-01114-JD.

**IT IS SO ORDERED.**

Dated: November 6, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California